IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAMES CARLAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 5:25-CV-63 (CAR) |
| v. | : | |
| | : | |
| WARNER ROBINS POLICE DEPARTMENT, et. al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER DIRECTING PAYMENT OF FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff James Carlan, proceeding *pro se*, has filed a Complaint with this Court. However, to date, Plaintiff has failed to pay the required filing fee.[1] If Plaintiff wishes to proceed with his claims, he is **DIRECTED** to pay the required $405.00 filing fee to the Clerk of the Court. If Plaintiff is unable to pay the required fee or costs associated with these proceedings he may file an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. If Plaintiff does not pay the required fee or file an application to proceed IFP within fourteen (14) days from the date of this Order, the Court will dismiss this case. There will be no service in this case until further order of the Court.

---

[1] 28 U.S.C. § 1914 authorizes the clerk of each district court to collect a filing fee from the party instituting any civil action, suit, or proceeding in the district court.

1

**SO ORDERED,** this 9th day of April, 2025.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
