IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES CARLAN, | * |
| Plaintiff, | * |
| v. | Case No: 5:25-cv-00063-CAR |
| | * |
| WARNER ROBINS POLICE DEPARTMENT, et al, | |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 24, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of July, 2025.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk